```
TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Phone:    (415) 431-4500
Facsimile:(415) 255-8631
E-mail: ttduboce@mindspring.com
```

Attorney for Defendant PHUNG VAN NGUYEN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 06 0426 SI |
| Plaintiff, | NOTICE OF CHANGE OF COUNSEL |
| v. | |
| PHUNG VAN NGUYEN, | |
| Defendant. | |

The Law Offices of Tony Tamburello hereby files this notice of change of counsel to advise the court that the appointed counsel for Mr. PHUNG VAN NGUYEN for this case is Tony Tamburello. Attorneys Stuart Hanlon and Sara Reif are no longer attorneys of record. Accordingly, please have future electronic case filing notices sent to Tony Tamburello at the e-mail address of: ttduboce@mindspring.com.

RESPECTFULLY SUBMITTED,

Dated: /S/_____
TONY TAMBURELLO
Attorney for Defendant
PHUNG VAN NGUYEN

IT IS SO ORDERED
Judge Susan Illston

**DEFENDANT'S UNOPPOSED APPLICATION**        C:\Wp60\Wp60\FD\NoticeofChangeofCounsel.Nguyen1.wpd